# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Octavio DIAZ-Arce**<br>YOB: 1977; MEXICO Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-04540MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a);

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about October 29, 2015, at or near Tucson, Arizona, in District of Arizona, **Octavio DIAZ-Arce**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on August 10, 1999 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a); a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Octavio DIAZ-Arce** is a citizen of MEXICO. On August 10, 1999, **Octavio DIAZ-Arce** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On October 29, 2015, agents found **Octavio DIAZ-Arce** in the United States at or near Tucson, Arizona without the proper immigration documents. **Octavio DIAZ-Arce** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Octavio DIAZ-Arce** admitted to illegally entering the United States of America from Mexico on or about October 10, 1999, at or near Naco, Arizona, at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CMN/May 25, 2018<br>AUTHORIZED AUSA /s/Carolyn Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Deportation Officer<br>Ryan Lemme |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 25, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54